# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2022-1817
LT Case No. 2020-CF-00680

———————————————

IAN BRYCE DAVIS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

On appeal from the Circuit Court for Flagler County.
Terence R. Perkins, Judge.

Matthew J. Metz, Public Defender, and Kathryn Rollison Radtke, Assistant Public Defender, Daytona Beach, for Appellant.

Ian Bryce Davis, Wewahitchka, pro se.

Ashley Moody, Attorney General, Tallahassee, and Whitney Brown Hartless, Assistant Attorney General, Daytona Beach, for Appellee.


May 17, 2024


PER CURIAM.

In this *Anders*[*] appeal, we affirm the judgment and sentence imposed by the trial court. However, we find that the trial court imposed an unrequested and unannounced $100 cost of investigation. This cost should be struck. *See Anderson v. State*, 380 So. 3d 1256 (Fla. 5th DCA 2024).

AFFIRMED; REMANDED with instructions to strike unrequested and unannounced $100 cost of investigation.

MAKAR, JAY, and KILBANE, JJ., concur.

————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

————————————————

---

[*] *Anders v. California*, 386 U.S. 738 (1967).